IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ELIZABETH SANCHEZ-CRUZ                                                    PLAINTIFF
ADC #719241

v.                                    Case No. 4:23-CV-00415-LPR

R. KEVIN BARHAM,
Prosecuting Attorney (Barham Law Office)                                 DEFENDANT

**ORDER**

On August 3, 2023, this Court screened Plaintiff Elizabeth Sanchez-Cruz's Complaint

pursuant to 28 U.S.C. § 1915A.[1]  The Court found that the Complaint, which was not authored by

Ms. Sanchez-Cruz, failed to describe any claims on her behalf against Defendant Barham.[2]  The

Court therefore directed Ms. Sanchez-Cruz to file an amended complaint within 45 days,

"explaining the reasons why she is suing Mr. Barham and the relief she is seeking."[3]  The Court

warned Ms. Sanchez-Cruz that her failure to file an amended complaint could result in the

dismissal of her Complaint.

Despite the Court's warning, Ms. Sanchez-Cruz has failed to file an amended complaint

describing her claims against Defendant Barham.  Accordingly, her Complaint (Doc. 1) is

DISMISSED without prejudice for failure to state a claim.  The Court recommends that dismissal

of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the

accompanying Judgment would not be taken in good faith.

---

[1] Order (Doc. 5).

[2] *Id*. at 2–3.  The Complaint appears to have been written by another *pro se* inmate, Crystal Plant.  As discussed in the Court's August 3 Order, "Ms. Plant and Ms. Sanchez-Cruz lived together in Dardanelle, Arkansas and were arrested at their home on July 15, 2021, and separately charged with a number of felony drug crimes." *Id*. at 2.

[3] *Id*. at 3.  The Court later extended this deadline to November 3, 2023.  *See* Order (Doc. 7).

1

2

IT IS SO ORDERED this 18th day of December 2023.

                             _____

                             LEE P. RUDOFSKY
                             UNITED STATES DISTRICT JUDGE